IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELLA ARELLANO, an individual,
*et al.*,

      Plaintiffs/Petitioners,

v.                                       No. 1:26-cv-00221-KG-JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY, KAREN
EVANS, and JOSE BAQUERO,

      Defendants/Respondents.

ORDER GRANTING
FEMA'S EXPEDITED MOTION TO MODIFY BRIEFING SCHEDULE

WHEREAS, Defendants/Respondents moved to modify the Court's Order Setting Briefing Schedule, Doc. 22, to extend the remaining deadlines for the parties' briefing on Plaintiffs/Petitioners' § 706(2) claim by four days; and

WHEREAS, the Court finds good cause to modify the Briefing Schedule, including that the requested extensions are warranted due to the illness of counsel and given that they will not delay the resolution of this action;

The Court hereby modifies the briefing schedule for Plaintiffs/Petitioners' § 706(2) claim as follows:

- Defendants' Response Brief -- Monday, June 8, 2026

- Plaintiffs' Reply – Monday, June 22, 2026

- Defendants' Surreply – Monday June 29, 2026

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Approved as to form by:

/s/ Nicholas M. Sydow
Nicholas M. Sydow
Assistant U.S. Attorney
Counsel for Defendants/Respondents

Approved via email 6-3-26
Thomas L. Tosdal
Mark C. Dow
Counsel for Plaintiffs/Petitioners