IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLA ARELLANO, et al.,

      Plaintiffs,

vs.                                    No. 1:26-cv-00221-KG-JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

      Defendants.

**AMENDED ORDER SETTING BRIEFING SCHEDULE**

This matter comes before the Court on the stipulation of the parties to amend and modify the

Court's Order Setting Briefing Schedule, dated 05/01/2026, Doc. 22 ["Court's Original Order"] to

accommodate oral argument scheduled by the Court on August 27, 2026.  See, Notice of Hearing, Doc.

51, setting 5 U.S.C. §706(1) for oral argument on 08/27/2026 at 10:00 A.M. in Albuquerque before the

Hon. Kenneth J. Gonzales, Chief Judge.

The parties agree to amend the Briefing Schedule for the Plaintiffs' §706(1) claim to compel

agency action as set forth in Paragraph 6 of the Court's Original Order, as follows:

| <u>Event</u> | <u>Date</u> |
|---|---|
| • **Plaintiffs' Reply Brief** | **Tuesday, August 18, 2026** |
| • **Defendants' Sur-Reply** | **Tuesday, August 25, 2026** |
| • **Oral Argument in Albuquerque** | **Thursday, August 27, 2026** |

All other briefing deadlines shall remain the same as set forth in the Court's Original Order.

      IT IS SO ORDERED.

                              /s/Kenneth J. Gonzales_____

                              CHIEF UNITED STATES DISTRICT JUDGE

                                • Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.

Approved by:

/s/ Mark C. Dow
Mark C. Dow
Christopher P. Bauman
Maureen S. Moore
B&D Law Offices, P.C.
P.O. Box 30684
Albuquerque, NM 87190
(505) 883-3191
cpb@bdsfirm.com
mcd@bdsfirm.com
msm@bdsfirm.com

THOMAS L. TOSDAL
Tosdal Law Firm
P.O. Box 109, Ovando
MT 59854
(858) 877-0223
Email: tom@tosdallaw.com

***Counsel for Plaintiffs***

/s/ Nicholas M. Sydow
Nicholas M. Sydow
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 8710
(505) 224-1460; Fax: (505) 346-7205
nicholas.sydow@usdoj.gov

***Counsel for Defendants United States of America,
    FEMA. Karen Evans, and Jose Baquero***